Cite as 2023 Ark. 115
# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS AND DISTRICT COURTS | **Opinion Delivered** June 22, 2023 |

## PER CURIAM

Pursuant to Administrative Order No. 14 and Administrative Order No. 18, amendments to currently approved administrative plans have been submitted by the Fifth Circuit and the Thirty-First District. These amendments are approved and shall be effective immediately.

Additionally, the Sixth Circuit and the Thirty-First District submitted administrative plans for 2024 and requested early approval. These plans are approved and shall be effective January 1, 2024.

The administrative plans currently in effect for all other circuit courts and district courts remain in full force and effect until a subsequent plan is approved.